IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KATHY Y. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:16-cv-00404 |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | By: Elizabeth K. Dillon |
| ) | United States District Judge |
| Defendant. ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered this day, it is hereby ORDERED that:

1. The January 23, 2018 report and recommendation (Dkt. No. 21) is ADOPTED;

2. The plaintiff's motion for summary judgment (Dkt. No. 13) is DENIED;

3. The commissioner's motion for summary judgment (Dkt. No. 15) is GRANTED;

4. The commissioner's decision is AFFIRMED; and

5. This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all counsel of record.

Entered: March 22, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge